FILED
Charlotte
06/06/2023
U.S. District Court
Western District of N.C.

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

**3:23- MC-103**

IN THE MATTER OF THE APPOINTMENT
OF KATHERINE HORD SIMON
AS CLERK OF COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

## ORDER

THIS MATTER is before the Court for the appointment of Katherine Hord Simon (Simon) as the Clerk of Court for the Western District of North Carolina, with her duty station in Charlotte, North Carolina.

It appears that Simon, having been appointed as the Chief Deputy Clerk of Court pursuant to that formal screening and interview process as arranged by the Board of Judges, and then having been appointed as Acting Clerk of Court upon the unexpectedly early retirement of Clerk of Court Frank G. Johns effective on June 1, 2023, and the vacancy in the position of Clerk of Court having been duly posted, and Simon having applied therefor, the Board of Judges finds and determines that Katherine Hord Simon should be appointed Clerk of the Court.

IT IS THEREFORE ORDERED that, pursuant to the authority vested in the Court by 28 U.S.C. 751, Katherine Hord Simon be, and hereby is, appointed Clerk of the United States District Court for the Western District of North Carolina, with said appointment to be effective the 19th day of June 2023.

This the 6 day of June 2023.

Martin Reidinger
Chief United States District Judge